ORIGINAL

Sheehan & Associates P.C.                    60 Cuttermill Rd Ste 412
                                             Great Neck NY 11021

# MEMO ENDORSED



District Judge Louis L. Stanton          January 7, 2026
United States District Court
Southern District of New York
500 Pearl St
New York NY 10007

                    Re:        No. 1:24-cv-09329-LLS
                               Basile v. General Mills Sales Inc.

Dear District Judge Stanton:

This office represents Plaintiff Basile. In accordance with the Court's Individual Practices, Plaintiff, with consent of Defendant General Mills Sales Inc. ("Defendant"), respectfully requests the Court adjourn the initial conference currently scheduled for January 14, 2026, at 2:30 PM and the accompanying submissions by 30 days.

The parties are currently engaged in discussions to reach a resolution of this matter in principle. In the interest of judicial economy and conserving party resources, the parties respectfully request 30 days to finalize those discussions.

There was one previous request to adjourn the initial conference. The prior request was granted. Defendant consents to the current request. Per the Court's Individual Practices, this request is submitted at least 48 hours prior to the initial conference.

*Granted*

*Louis L. Stanton*

*Jan. 8, '26*

                               Respectfully submitted,

                               /s/Spencer Sheehan