Case 1:24-cv-09329-LLS    Document 24    Filed 02/03/26    Page 1 of 1

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEIDRE BASILE, individually and on behalf of all others similarly situated,

        Plaintiff,

- against -

GENERAL MILLS SALES, INC.,

        Defendant.

1:24-cv-09329-LLS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/26

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Deidre Basile ("Plaintiff"), and counsel for General Mills Sales Inc. ("Defendant"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff discontinues all claims she has asserted in this litigation, with prejudice, against Defendant. Plaintiff and Defendant shall bear their own costs and expenses, including any attorneys' fees.

Dated: February 3, 2026

Sheehan & Associates, P.C.

By: /s/ Spencer Sheehan
Spencer Sheehan
60 Cuttermill Rd Ste 412
Great Neck, NY 11201
spencer@spencersheehan.com
Tel: (516) 268-7080

*Counsel for Plaintiff*

So Ordered
Louis L. Stanton
2/4/26

PERKINS COIE LLP

By: /s/Adam R. Mandelsberg
Adam R. Mandelsberg
Gabriella M. Ramonos Abihabib
1155 Avenue of the Americas, 22nd Fl
New York, NY 10036
Tel: (212) 262-6900
amandelsberg@perkinscoie.com

Charles C. Sipos, *pro hac vice*
1301 Second Avenue, Ste 4200
Seattle, WA 98101
Tel: (206) 359-8000

*Counsels for Defendant General Mills Sales Inc.*